UNITED STATES v. JORGE ABBUD, [MISC. NO. 10-86 ]

## PETITION FOR
## WRIT OF HABEAS CORPUS

( x ) Ad Prosequendum     ( ) Ad Testificandum

1. **Jorge Abbud, DOB:** ████ **SSN:** ████ (hereinafter the "Detainee") is now confined at Essex County- Logan Hall.

2. The Detainee is

    charged in this District by: ( ) Indictment    (X) Information    ( ) Complaint with a violation of :

    18 U.S.C. § 1343

3. The Detainee will

    return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Newark, New Jersey, at the MLK Federal Building & Courthouse Bldg., 50 Walnut Street, before the Honorable William H. Walls, U.S. District Court Senior Judge, on Thursday, January 12, 2012 at 9:00 a.m., for a Plea Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: January 4, 2012

                                                        Aaron H. Mendelsohn
                                                        Assistant U.S. Attorney
                                                        Petitioner